```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 01627
    LAMARR P JONES
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-4940


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/25/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 02/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
METROPOLITAN L FEDERAL C SECURED              9925.00         .00            .00
METROPOLITAN L FEDERAL C UNSECURED          NOT FILED         .00            .00
ACCREDITED HOME LENDERS  UNSECURED          NOT FILED         .00            .00
AMERICAN GENERAL FINANCE UNSECURED          NOT FILED         .00            .00
CAPITAL ONE              UNSECURED          NOT FILED         .00            .00
SEARS ROEBUCK & CO       UNSECURED          NOT FILED         .00            .00
HARRIS & HARRIS          UNSECURED          NOT FILED         .00            .00
HSBC                     UNSECURED          NOT FILED         .00            .00
MEDICAL COLLECTIONS SYS  UNSECURED          NOT FILED         .00            .00
MEDICAL RECOVERY SPECIAL UNSECURED          NOT FILED         .00            .00
MEDICAL RECOVERY SPECIAL UNSECURED          NOT FILED         .00            .00
MEDICAL RECOVERY SPECIAL UNSECURED          NOT FILED         .00            .00
MEDICAL RECOVERY SPECIAL UNSECURED          NOT FILED         .00            .00
UNITED COLLECTION BUREAU UNSECURED          NOT FILED         .00            .00
UNITED COLLECTION BUREAU UNSECURED          NOT FILED         .00            .00
LEGAL HELPERS PC         DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                          --------------       --------------
TOTALS                         .00                  .00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 01627 LAMARR P JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 01627 LAMARR P JONES